August 5, 2008

Clerk of the Court,

Please let the record show that in reference to Case No 2:07cv310-MEF Jerry Joseph Higdon vs United States of America all further mailings should be directed to the following address:

Jerry Higdon 11167-002
FCC / USP-1
PO Box 1033
Coleman FL. 33521-1033

as I have once again been absconded against my will and am being held captive at the afore mentioned address -

Regards
Jerry G Higdon

36101+0711

Clerk of the Court
US District Court
PO Box 711
Montgomery, AL 36101



07 AUG 2008 PM 3 L
SAINT PETERSBURG FL
TAMPA FL 335

Jerry Higdon 111611-002
Fcicust1
PO Box 1033
Coleman, FL 33521-1033