IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JERRY JOSEPH HIGDON, JR., | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CASE NO.  2:07cv310-MEF |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

# **O R D E R**

On February 13, 2009, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation is ADOPTED and the motion to vacate pursuant to 28 U.S.C. § 2255 is DENIED.

Done this the 6th day of March 2009.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE